FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 0 6 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALISA YARBOROUGH,

        Plaintiff,

-against-

NEW YORK CITY, et al.,

        Defendants.
------------------------------------------------------------x

NOT FOR PUBLICATION
ORDER
10-CV-2125 (CBA) (LB)

AMON, Chief United States District Judge:

This Court has received the Report and Recommendation ("R&R") of the Honorable Lois Bloom, United States Magistrate Judge, dated February 13, 2012, recommending that this action be dismissed pursuant to Rule 37 of the Federal Rules of Civil Procedure for plaintiff's failure to appear for her deposition or to respond to court orders. No objection to the R&R has been filed with the Court. The Court has reviewed the R&R and, finding no clear error, adopts in full the recommendation contained in it.

Accordingly, the action is dismissed pursuant to Rule 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to enter judgment and close the case.

        SO ORDERED.

Dated:        Brooklyn, New York
               March 6, 2012

                                            /S/
                                            Carol Bagley Amon
                                            Chief United States District Judge