```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ALISA YARBOROUGH,

                Plaintiff,
                                                                    NOT FOR PUBLICATION
        -against-                                                   ORDER
                                                                    10-CV-2125 (CBA) (LB)
NEW YORK CITY, et al.,

                Defendants.
----------------------------------------------------------------x
```

AMON, Chief United States District Judge:

This Court has received the Report and Recommendation ("R&R") of the Honorable Lois Bloom, United States Magistrate Judge, dated February 13, 2012, recommending that this action be dismissed pursuant to Rule 37 of the Federal Rules of Civil Procedure for plaintiff's failure to appear for her deposition or to respond to court orders. No objection to the R&R has been filed with the Court. The Court has reviewed the R&R and, finding no clear error, adopts in full the recommendation contained in it.

Accordingly, the action is dismissed pursuant to Rule 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to enter judgment and close the case.

SO ORDERED.

Dated:   Brooklyn, New York
         March 6, 2012

                                                /S/
                                                _____
                                                Carol Bagley Amon
                                                Chief United States District Judge